UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:21-CR-6 DRL-SLC |
| DERRICK A. SMITH, JR., | |
| Defendant. | |

## ORDER

The court has reviewed the findings and recommendation of Magistrate Judge Susan Collins filed March 10, 2021. On March 10, 2021, Derrick A. Smith, Jr. pleaded guilty to the sole count of the indictment—charging him with unlawfully possessing a firearm as a felon in violation of 18 U.S.C. § 922(g)(1). No party objected, and the time to object has passed. The court now adopts the findings and recommendation in their entirety, including the Magistrate Judge's finding under the CARES Act. Subject to this court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to this offense as charged in the indictment is hereby accepted, and the defendant is adjudged guilty of this offense.

SO ORDERED.

March 29, 2021

*s/ Damon R. Leichty*
Judge, United States District Court